

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,028-02

### IN RE TILTON JOSHUA ISAIAH MAPPS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1524810A IN THE 8TH DISTRICT COURT
### FROM HOPKINS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he has not received copies of documents pertaining to his application for a writ of habeas corpus in the 8th District Court of Hokpins County, which was remanded to that court on October 24, 2018, for affidavits and findings of fact. While the habeas application was on remand, the trial court obtained an affidavit from trial counsel and entered findings of fact and conclusions of law before forwarding the supplemental record to this Court.

Relator alleges that he never received copies of the documents contained in the supplemental record, including any answer filed by the State and the trial court's findings of fact and conclusions

of law.  Pursuant to Article 11.07 §7 of the Texas Code of Criminal Procedure and Rule 73.5(b)(2), the district clerk has a duty to mail or deliver copies of all answers, motions, pleadings, objections, affidavits, exhibits and proposed or entered findings of fact and conclusions of law relating to an application for writ of habeas corpus to the applicant.

In these circumstances, additional facts are needed.  Respondent, the District Clerk of Hopkins County, is ordered to file a response, stating whether copies of all documents relating to Relator's application for writ of habeas corpus have been mailed or delivered to Applicant.  If copies of the documents in question have been sent to Applicant, the clerk shall specify the dates upon which the documents were sent and the manner by which they were sent.  If the clerk has not yet provided copies of the documents to Applicant, the clerk shall immediately do so and shall provide this Court with proof of the date upon which those documents were sent and the manner by which they were sent.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.

Filed:  June 5, 2019

Do not publish